UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civ. No.:20-2553 (TJK) |
| DEPARTMENT OF JUSTICE, *et al.*, | : : : | |
| Defendants. | : : | |

**NOTICE OF DEFENDANTS' SUPPLEMENTAL RESPONSES TO THE JOINT STATUS REPORT (ECF No. 17)**

Defendants, through the undersigned counsel, respectfully provide their supplemental responses to "Plaintiff's Position" in the Joint Status Report filed on April 5, 2021 (ECF No. 17):

**Supplemental Response for United States Marshal Service (USMS)**:

The USMS is processing the Plaintiff's FOIA request as quickly as possible. The Agency has a staffing shortage of FOIA Specialists; any delay in fully responding to Plaintiff's FOIA request is attributable to this staffing shortage. For reference, the USMS FOIA Unit (which falls under the Office of the General Counsel (OGC)) is comprised of one information disclosure attorney (the FOIA/PA Officer), one administrative professional, and six full time FOIA Specialists.  These Specialists are tasked with handling a backlog of approximately 1232 FOIA requests,  processing an additional, approximate 80-100 incoming FOIA requests per month, handling requests for redaction assistance made by USMS OGC attorneys in connection with Touhy requests and discovery requests, document procurement in connection with Privacy Act Amendment requests, law enforcement requests for USMS records, and approximately ten active

FOIA litigations. Due to the staffing shortage, the USMS is unable to provide a timeframe in which the Agency will be able to release responsive documents to the Plaintiff, but is working as expeditiously as possible to process the approximately 2,200 pages of potentially responsive documentation located by the Agency's search. Given the extremely limited resources (namely, staffing shortages in the face of a substantial backlog), it is unreasonable for CREW to require USMS to review 500 pages per month for production purposes and with a production of May 5, 2021.

**Supplemental Response for Defendant U.S. Department of Justice (Office of Information Policy) ("OIP"):**

Contrary to CREW's assertions, OIP did complete its responsiveness review on March 3, 2021, as anticipated. Representations to the contrary were in error by the undersigned government counsel. In any event, OIP was not required to provide the page count of responsive records and a processing schedule "at that time," *i.e.*, on March 3, 2021. The parties' February 3, 2021 JSR stated: "OIP anticipates that the responsiveness review will be completed in approximately four weeks, on or around March 3, 2021. Once the responsiveness review is complete, OIP will provide a page count of responsive records, as well as a processing and response schedule. OIP will provide a further progress report in the next Joint Status Report." Consistent with the February 2021 JSR, OIP completed its responsiveness review on March 3, 2021, and it provided a page count and processing schedule for the records in "the next JSR" (as has now been done in the JSR filed with the Court last evening (ECF No. 17)). OIP has complied with the representations made in the February 2021 JSR.

In response to CREW's demand that OIP review 500 pages per month, OIP cannot meet CREW's proposed schedule. As previously stated, OIP will provide rolling interim productions

beginning on May 7, 2021 and occurring monthly thereafter. OIP can commit to reviewing a minimum of 200 pages per month. This commitment is reflective of OIP's current FOIA caseload, staffing constraints, the complexity of the records at issue in this case, the need to complete consultations on the records at issue in accordance with DOJ FOIA regulations, and the existing litigation deadlines and litigation production schedules of OIP and specifically of the OIP Attorney-Advisor assigned to handle this matter. OIP is ready to provide Plaintiff and the Court with further context for OIP's proposed processing schedule.

Dated:  April 6, 2021              Respectfully submitted,

                                            CHANNING D. PHILLIPS
                                            D.C. Bar #415793
                                            Acting United States Attorney

                                            BRIAN P. HUDAK
                                            Acting Chief, Civil Division


By:    _____//s//_____
                        JOHN C. TRUONG
                        D.C. BAR #465901
                        Assistant United States Attorney
                        555 4th Street, N.W.
                        Washington, D.C. 20530
                        Tel: (202) 252-2524
                        Fax: (202) 252-2599
                        E-mail: John.Truong@usdoj.gov
                        Counsel for Defendants