UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY<br>AND ETHICS IN WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE,<br>*et al.*,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:   Civ. No.:20-2553 (TJK)<br>:<br>:<br>:<br>:<br>: |

**JOINT STATUS REPORT**

Pursuant to the Court's April 23, 2021 Minute Order, counsel for the parties conferred and respectfully submit the following report to apprise the Court of the progress of this Freedom of Information Act ("FOIA") matter:

**I.  Plaintiff's FOIA Requests**

This case concerns seven FOIA requests filed by Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") on July 23, 2020.  These requests seek, broadly speaking, documents related to "the actual or planned deployment of federal law enforcement in response to protests for racial justice across the country, in addition to policies that governed federal authorities' treatment of these protesters."  Compl. ¶ 2 (ECF 1).  CREW filed these requests with the U.S. Department of Justice ("DOJ"), and its components the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), the Drug Enforcement Agency ("DEA") and the U.S. Marshals Service ("USMS"); and the U.S. Department of Homeland Security ("DHS"), and its

components U.S. Customs and Border Protection ("CBP") and U.S. Immigration and Customs Enforcement ("ICE").

**II.     Status of Agencies' and Components' Responses to FOIA Requests**

    **A.     Agencies' Responses to Plaintiff's FOIA Requests**

        **1.     U.S. Department of Homeland Security ("DHS")**

DHS's search effort to date resulted in 161 potentially responsive pages of records. DHS expects to process the records and release responsive, non-exempt records to Plaintiff on or about June 11, 2021.

        **2.     U.S. Department of Justice ("DOJ")**

OIP will be issuing its first interim response on or before Friday, May 21, 2021. In the parties' April 5, 2021 Joint Status Report (ECF No. 17), OIP reported that it "anticipates providing interim responses beginning May 7, 2021, and occurring monthly thereafter." The lead attorney assigned to this case in OIP has had multiple compounding litigation and processing deadlines in the past few weeks, in addition to recently-assigned litigation matters that has delayed her ability to complete processing for an interim response by May 7th as anticipated. OIP apologizes for this delay, and expects to be able to issue a response to Plaintiff by the end of this week. OIP's second interim response is anticipated for June 7, 2021. OIP will provide a further progress report in the next Joint Status Report.

**B.     Agency-Components' Responses to Plaintiff's FOIA Requests**

        **1.     Drug Enforcement Administration ("DEA")**

DEA has completed its review of electronic records for potential responsiveness to Plaintiff's FOIA request. On April 6, 2021, DEA sent 69 pages of records to other agencies for consultation. On April 15, 2021, DEA made a direct release of 31 pages of records to Plaintiff

and withheld in full 4 pages of records. DEA has received back a portion of the records it sent to other agencies for consultation and is waiting for the remaining records it sent out for consultation. Once DEA receives those remaining records, it will process the 69 pages of records and will send a final determination to Plaintiff. DEA will provide a further progress report in the next Joint Status Report.

### 2. Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF")

ATF made its second production on April 30, 2021, reviewing 601 pages, removing 438 pages as non-responsive or duplicative, referring 102 pages, and releasing 61 pages either in part or in full. ATF will continue to use its best efforts to review 500 pages per month, and for rolling production purposes every thirty days thereafter.

ATF and CREW recently conferred on ways to narrow the universe of responsive records. Accordingly, CREW agrees to ATF's proposals to: (1) eliminate documents that (i) capture summaries of local and state updates regarding civil unrest and (ii) ATF's assessments of what local jurisdictions were contending with; and (2) remove records that go to ATF's day-to-day operations during the civil unrest period such as responding to fires, explosives incidents, federal firearm licensee robberies, or federal firearms licensee break-ins.
ATF will provide a further progress report in the next Joint Status Report.

### 3. United States Marshals Services ("USMS")

On May 14 and May 17, 2021, USMS made its final releases of responsive, non-exempt records to CREW.

### 4. U.S. Immigration and Customs Enforcement ("ICE")

In response to Plaintiff's FOIA request, ICE tasked the program offices of Enforcement and Removal Operations (ERO) and Homeland Security Investigations (HSI) with conducting

3

searches. To date, ICE has processed 2,913 pages and made productions of 205 pages on March 26, 2021, and 45 pages on April 9, 2021 to Plaintiff. ICE will continue to process records at a rate of 500 pages per month, on a monthly rolling basis, on or about the 26th day of the month. The next anticipated production date is May 26, 2021. ICE will provide a further progress report in the next Joint Status Report.

### 5. U.S. Customs and Border Protection ("CBP")

CBP has conducted some searches and is currently working with Plaintiff to narrow search terms. CBP made a second production of responsive records on May 5, 2021. The next anticipated production date is June 7, 2021.

CBP and CREW are currently exploring ways to narrow the search parameters to narrow the universe of responsive documents. The parties have had conference calls and exchanged email correspondence on the issues. CBP and CREW anticipate arriving at an agreement soon. CBP will provide a further report in the next Joint Status Report.

## III. Next Joint Status Report

Given the substantial progress made by the Defendants and the developments set forth above, the Parties propose that the Court require the Parties to submit another Joint Status Report on July 19, 2021, to apprise the Court on the progress of this FOIA matter.

\* \* \*

Dated: May 19, 2021

/s/ Ari Holtzblatt
Ari Holtzblatt
(D.C. Bar No. 1009913)
Jessica A. Lutkenhaus
(D.C. Bar No. 1046749)
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, D.C. 20006
Phone: (202) 663-6000
Facsimile: (202) 663-6363
ari.holtzblatt@wilmerhale.com
jessica.lutkenhaus@wilmerhale.com

Kelsey Quigley
(pro hac vice)
WILMER CUTLER PICKERING HALE
AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Phone: (650) 858-6000
Facsimile: (650) 858-6100
kelsey.quigley@wilmerhale.com

Nikhel Sus
(D.C. Bar No. 1017937)
Citizens for Responsibility and Ethics
in Washington
1101 K Street, N.W., Suite 201
Washington, D.C. 20005
Phone: (202) 408-5565
Facsimile: (202) 588-5020
Nsus@citizensforethics.org

*Counsel for Plaintiff*

Respectfully submitted,

CHANNING D. PHILLIPS
D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:     /s/  John C. Truong
JOHN C. TRUONG
D.C. BAR #465901
Assistant United States Attorney 555 4th Street, N.W. Washington, D.C. 20530
Tel: (202) 252-2524
Fax: (202) 252-2599
E-mail: John.Truong@usdoj.gov
Counsel for Defendants